1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS VARGAS, | Case No. 3:22-cv-00119-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | STIPULATION TO |
| TIM GARRETT, *et al.*, | DISMISS WITH PREJUDICE |
| Defendants. | |

15    Plaintiff, Carlos Vargas, and Defendants Clinton Crafts and Tim Garrett, by and

16 through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr.,

17 Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P.

18 41(a)(1)(A)(ii), that this case be dismissed with prejudice.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1    The parties further stipulate and agree that the parties are to bear their own

2   attorney's fees and costs. As the parties have resolved this matter in its entirety, the Court

3   may close this case. Any outstanding deadlines are considered moot.

4   DATED this 10th day of October, 2023.      DATED this 10th day of October, 2023.

5                                              AARON D. FORD
                                               Attorney General
6

7   By: _____            By: /s/ Samuel L. Pezone, Jr.
                                               Samuel L. Pezone Jr. (Bar No. 15978)
8   Vargas Carols, #1105068                    Deputy Attorney General
    Plaintiff, Pro Se                          *Attorneys for Defendants*
9

10

11                                    **IT IS SO ORDERED.**

12

13                                    Anne R. Traum
                                      United States District Judge
14

15                                    DATED: October 16, 2023

16

17

18

19

20

21

22

23

24

25

26

27

28